# UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Case No. 5:16-CR-60 |
| LOUIS TOBIN ) | |

2017 APR 25 PM 3:58

CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a Writ of habeas corpus.

(X) Ad Prosequendum        ( ) Ad Testificandum.

Name of Detainee:     Louis Tobin

Detained at: (custodian) Southern State Correctional Facility, 700 Charlestown Road, Springfield, VT 05156

Detainee is:   a.)   (X) charged in this district by:
(X) Indictment       ( ) Information       ( ) Complaint
( ) Violation of Supervised Release

Charging Detainee With:

or   b.)   (X) a witness not otherwise available by ordinary process of the Court

RECEIVED 2016 AUG -5 PM 2:23 U.S. MARSHALS SERVICE DISTRICT OF VERMONT

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings

or   b.)   (X) be retained in federal custody until final disposition of federal charges

Appearance is necessary on August 17, 2016 at 11:00 am in the courtroom of Hon. John M. Conroy, Burlington, VT.

_____
Joseph Perella, AUSA

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum        ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby **ORDERED** to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

08/05/2016
Date

_____
John M. Conroy/U.S. Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | Male X | Female ☐ |
| Booking or Fed. Reg. #: | _____ | DOB: | ____87 |
| Facility Address: | Southern State Correctional Facility | Race: | W |
| | 700 Charlestown Road, Springfield, VT 05156 | FBI #: | |
| Facility Phone: | (802) 885-9800 | | |
| Currently Incarcerated For: | _____ | | |

### RETURN OF SERVICE

Executed on 4-20-17   By _____ (Signature)